Dec 8 2014

Hon. Limbaugh Jr.   4:13CR00462-1
USA vs Bulmaro Villegas Rodriguez

RECEIVED
DEC 1 2 2014
BY MAIL

By way of reintroduction, my name is Bulmaro Villegas Rodriguez. I was sentenced last week on the above cause. At the time of sentencing I acknowledged to the court my intention to appeal my conviction. Please accept this letter as my written notice to appeal my conviction on the grounds of ineffective assistance of council, prosecutorial misconduct and the ruling on my criminal history. I request new counsel be appointed to represent me as a significant breach of trust exists between myself and Mr Vicente.

Thank You.

Bulmaro Villegas Rodriguez

Bulmaro Villegas Rodriguez
5 Basler
Ste Genevieve MO 63376

Mailed from
Ste. Genevieve County
Detention Center



SAINT LOUIS MO 630
11 DEC 2014 PM 9 L

RECEIVED
DEC 1 2 2014
BY MAIL

Hon Stephen Limbaugh Jr
111 South 10th Street
St Louis MO 63102

63102112599