# U. S. District Court
# Eastern District of Missouri
## 111 South Tenth Street, Rm 3.300
## St. Louis, MO 63102



**RECORDS TRANSMITTAL SHEET**

DATE    1/09/2015

Records forwarded to:   Clerk, U.S. Court of Appeals, Eastern District of Missouri

USDC Case        4:13-CR-462(SNLJ)

Appeal Number-Case     14-3852

Case title:   USA v. Villegas-Rodriguez et al

The following records are forwarded to your office as requested:

1.) Original File: Volume(s)

2.) Transcripts     TRANSCRIPT of 151 (PLEA)

3.) Sealed documents:   *PRESENTENCE INVESTIGATION REPORT & STATEMENT OF*

   *REASONS*

4.) Comments:                                                                                           *(DLT)*

**U.S.C.A.   ACKNOWLEDGMENT**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Received                                Returned to U.S.D.C.

By                                      By

Date                                    Date